FILED IN
COURT OF CRIMINAL APPEALS

February 26, 2015

ABEL ACOSTA, CLERK

AP-77,033
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/26/2015 2:25:20 PM
Accepted 2/26/2015 3:08:25 PM
ABEL ACOSTA
CLERK

CASE NO. AP-77,033

COURT OF CRIMINAL APPEALS
OF TEXAS

60 days granted. RM
2/23/15
PC
3-16-15

GEORGE THOMAS CURRY,
APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

**APPELLANT'S THIRD MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW GEORGE THOMAS CURRY, appellant, by and through his attorney of record, KURT B. WENTZ, who files this appellant's Third Motion for Extension of Time to File Appellant's Brief and in support thereof would show this Court as follows:

I.

The defendant has been guilty of capital murder and sentenced to death.

II.

The appeal of the appellant's conviction is automatic.

III.

On August 26, 2014 the Court received the Reporter's Record.

The appellant's brief was originally due on or about September 25, 2014.

IV.

The Court granted counsel's Second Motion for Extension of Time to File Appellant's Brief to February 23, 2015.

## V.

The attorney for the appellant has been unable to complete the appellant's brief by the date given by this Court because of the seriousness of the case, the size of the record, and the following cases which have required an overwhelming amount of counsel's time since the Court granted counsel a second extension:

A.     Counsel had to prepare for the following aggravated robbery cases set for trial on February 6, 2015 in a matter entitled and number as: Cause Nos. 1412126, 1437267, 1437268, 1437269; *The State of Texas v. Enitor Cole*.

B.     Counsel had to try an aggravated sexual assault on January 1, 2015, February 2, 2015, February 3, 2015, and February 4, 2015 in a case entitled and numbered as: Cause No. 1454997; *The State of Texas v. Richard Owings*.

C.     Counsel had to try an assault on a public servant case on February 13, 2015 in a case entitled and numbered as: Cause No. 1430641; *The State of Texas v. Tommy Alexander*.

D.     Counsel had to try a child custody case on February 10, 2015 in a case entitled *In the Interest of Nathan Jasso* which has been continued to February 24, 2015.

E.     Counsel has been able to complete and file the appellant's brief in Cause No. 1380317; *The State of Texas v. Daniel Rodriguez* in the 1st Court of Appeals.

## VI.

The attorney for the appellant requests that the Court extend the time for filing the appellant's brief to April 20, 2015.

## VII.

This request is not intended for the purposes of delay but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the appellant prays that the Court grant this Motion in all things.

Respectfully submitted,

/s/ KURT B. WENTZ
KURT B. WENTZ
5629 Cypress Creek Parkway,
Suite 115
Houston, Texas 77069
Phone: 281/587-0088
State Bar No. 21179300
e-mail: kbsawentz@yahoo.com
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I, Kurt B. Wentz, hereby certify that a true and correct paper copy of the Appellant's Third Motion for Extension of Time to File Appellant's Brief was served on the Assistant District Attorney for Harris County, Texas presently handling this Cause on the 26th day of February, 2015.

/s/ KURT B. WENTZ
KURT B. WENTZ